

## NUMBER 13-19-00429-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

**TEXAS WINDSTORM INSURANCE ASSOCIATION,**            Appellant,

v.

**BOYS AND GIRLS CLUB OF THE COASTAL BEND, INC.,**      Appellee.

On Petition for Permissive Appeal from the
94th District Court of Nueces County, Texas.

## ORDER

**Before Chief Justice Contreras, Justices Longoria and Perkes
Order Per Curiam**

Texas Windstorm Insurance Association has filed a petition for permissive interlocutory appeal challenging the trial court's order denying its Plea to the Jurisdiction and in the Alternative Partial Motion for Summary Judgment in trial court cause number 2018DCV-4018-C.   *See* TEX. R. APP. P.  28.3; TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d), (f). The trial court plaintiff,  Boys and Girls Club of the Coastal Bend, Inc., has not filed a response to the petition for permissive appeal.  *See generally* TEX. R. APP. P. 28.3.

This Court, having examined and fully considered the petition, is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. A notice of appeal is deemed to have been filed on this date. *See id*. R. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *Id.*; *see* TEX. R. APP. P. 28.1.

We direct the clerk of this Court to file a copy of this order with the trial court clerk. *See* TEX. R. APP.P. 28.3(k).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of December,2019.

2